# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )  CASE NUMBER 18 MJ 5167-BLM
vs )
) ABSTRACT OF ORDER
) Booking No. 727426298
Timothy Wright )
)

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of 10/9/19
the Court entered the following order:

✓ Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release.

✓ Defendant released on $ 15,000 PS _____ bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

_____ Defendant sentenced to TIME SERVED, supervised release for _____ years.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

_____ Case dismissed.

_____ Case dismissed, charges pending in case no. _____

_____ Defendant to be released to Pretrial Services for electronic monitoring.

_____ Other. _____

BARBARA L. MAJOR
UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

Received _____
DUSM

JOHN MORRILL  Clerk
by N. Peltier
Deputy Clerk

x7099

Crim-9 (Rev. 8-11)                                           ★ U.S. GPO: 1996-783-398/40151

CLERK'S COPY